B1 (Official Form 1) (4/13)

| United States Bankruptcy Court<br>DISTRICT OF *PUERTO RICO* | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*SURGIFIX, INC,*<br>*a  Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) *66-0726567* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>*CAPITAL CENTER BLDG, STE 1002*<br>*ARTERIAL HOSTOS AVE #239*<br>*SAN JUAN, PR*   ZIPCODE *00918* | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *SAME*   ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other  *Medical Equipment Vendor* | **Chapter of Bankruptcy Code Under Which the Petition is Filed**<br>(Check one box)<br><br>☒ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| --- | --- | --- |
| | | **Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"       ☒ Debts are primarily business debts. |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
| --- | --- | --- |
| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici cal Form 3B. | | **Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/13)                                                                                          FORM B1, Page    2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SURGIFIX, INC,**<br>**a   Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**              (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**        (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____   *04/13/2015*<br><span style="padding-left:2em">Signature of Attorney for Debtor(s)</span>                  Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made part of this petition.
If this is a joint petition:
☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                      **FORM B1, Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | SURGIFIX, INC, a Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

**Fernando E. Longo Quiñones USDC 218306**
Printed Name of Attorney for Debtor(s)

**Fernando E. Longo Quiñones, Esq.**
Firm Name

**Capital Center Bldg. Suite 900**
Address

**#239 Arterial Hostos Ave.**

**San Juan, PR  00918-1400**

**(787) 753-0884**
Telephone Number

**04/13/2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**Hernán J. Torres**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**04/13/2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re *SURGIFIX, INC*
   *a  Corporation*

Case No.
Chapter  7

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Hernán J. Torres is President of SURGIFIX, INC, a Puerto Rico corporation.  On 04/10/2015 the following resolution was duly adopted by the Shareholders of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Hernán J. Torres, President of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Hernán J. Torres, President of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Hernán J. Torres, President of this corporation, be and hereby is, authorized and directed to employ Fernando E. Longo Quiñones, Attorney and the law firm of Fernando E. Longo Quiñones, Esq., to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Hernán J. Torres, President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date _____4/13/2015_____    Signature _____

                                        Hernán J. Torres
                                        President

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *SURGIFIX, INC, a Corporation*

Case No.
Chapter 7

_____ / Debtor

Attorney for Debtor: *Fernando E. Longo Quiñones*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . $_____ *3,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . $_____ *3,000.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $ _____*335.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *04/13/2015*                    Respectfully submitted,

                              x _____
Attorney for Petitioner: *Fernando E. Longo Quiñones*
                         *Fernando E. Longo Quiñones, Esq.*
                         *Capital Center Bldg. Suite 900*
                         *#239 Arterial Hostos Ave.*
                         *San Juan PR  00918-1400*
                         *(787) 753-0884*

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SURGIFIX, INC, a  Corporation*

Case No.

Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SURGIFIX, INC, a   Corporation*

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $        0.00 | | |
| B-Personal Property | Yes | 3 | $   587,378.92 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $        0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $   266,494.34 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $   944,220.10 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $        0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $        0.00 |
| TOTAL | | 13 | $   587,378.92 | $ 1,210,714.44 | |

FORM B6A (Official Form 6A) (12/07)

In re __SURGIFIX, INC_____,      Case No._____
                        Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

No continuation sheets attached

**TOTAL $**                     *0.00*
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _SURGIFIX, INC_ _____,      Case No. _____
              Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Lease bond with Bermica Investment, S.E.* | | $2,570.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re SURGIFIX, INC                                                    ,        Case No. _____
                        Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | Accounts receivables from trade as of January 31, 2015 See Attachment A | | $462,399.12 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture, Fixtures and Computers See Attachment B (valued at cost) Location: Capital Center Bldg., Ste. 1002 Ave Arterial Hostos #239 San Juan, PR | | $6,825.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Medical equipment for sale in trade See Attachment C | | $59,634.00 |

Page   2   of   3

B6B (Official Form 6B) (12/07)

In re _SURGIFIX, INC_ _____ ,
           Debtor(s)

Case No. _____
                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Location: Capital Center Bldg., Ste. 1002 Ave Arterial Hostos #239 San Juan, PR<br><br>Inventory for sale in trade See Attachment D Location: Capital Center Bldg., Ste. 1002 Ave Arterial Hostos #239 San Juan, PR | | $55,950.80 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $587,378.92 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

# SurgiFix, Inc.
## Aged Receivables
### As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| ACAA<br>787-759-8989 | 30315 | 1,644.00 | | | | 1,644.00 | 1,644.00 |
| | 30908 | 5,587.61 | | | | 5,587.61 | 5,587.61 |
| | 31121 | 5,450.14 | | | | 5,450.14 | 5,450.14 |
| | 40235 | 2,720.00 | | | | 2,720.00 | 2,720.00 |
| **ACAA** | | | | | | **15,401.75** | **15,401.75** |
| Alfredo Flores Salgado | 31002B | 598.50 | | | | 598.50 | 598.50 |
| **Alfredo Flores Salgado** | | | | | | **598.50** | **598.50** |
| American Healthcare<br>1-888-620-1919 | 31011 | 7,986.00 | | | | 7,986.00 | 7,986.00 |
| | 31125 | 3,200.00 | | | | 3,200.00 | 3,200.00 |
| | 40905 | 7,285.00 | | | | 537.70 | 537.70 |
| | 50412 | 1,296.00 | | | | 1,296.00 | 1,296.00 |
| | 50506 | 8,372.04 | | | | 8,372.04 | 8,372.04 |
| | 50511 | 8,615.00 | | | | 8,615.00 | 8,615.00 |
| **American Healthcare** | | | | | | **30,006.74** | **30,006.74** |
| Ana Soto Ortiz<br>787-610-4671 | 41213B | 146.05 | | | | 73.00 | 73.00 |
| **Ana Soto Ortiz** | | | | | | **73.00** | **73.00** |
| Andre LeFranc De La Torre | 40828B | 1,228.00 | | | | 1,228.00 | 1,228.00 |
| **Andre LeFranc De La Torre** | | | | | | **1,228.00** | **1,228.00** |
| Anthony R. Rodriguez Fuentes<br>7873597137 | 50301B | 598.00 | | | | 251.40 | 251.40 |
| **Anthony R. Rodriguez Fuentes** | | | | | | **251.40** | **251.40** |
| ASEM - Centro Medico<br>787-777-3535 X 6180 | 2401 | 3,950.00 | | | | 3,950.00 | 3,950.00 |
| | 21139 | 1,500.00 | | | | 1,500.00 | 1,500.00 |
| | 30152 | 1,854.00 | | | | 1,854.00 | 1,854.00 |
| | 30338 | 2,512.50 | | | | 2,512.50 | 2,512.50 |
| | 30336 | 5,629.50 | | | | 5,629.50 | 5,629.50 |
| | 30406 | 400.80 | | | | 400.80 | 400.80 |
| | 30403 | 5,026.70 | | | | 5,026.70 | 5,026.70 |
| | 30504 | 2,599.12 | | | | 2,599.12 | 2,599.12 |
| | 30713 | 1,368.76 | | | | 1,368.76 | 1,368.76 |
| | 30808 | 4,173.75 | | | | 4,173.75 | 4,173.75 |
| | 30901 | 1,365.00 | | | | 1,365.00 | 1,365.00 |
| | 31105 | 1,684.83 | | | | 1,684.83 | 1,684.83 |
| | 31219 | 4,236.13 | | | | 4,236.13 | 4,236.13 |
| | 40112 | 4,077.00 | | | | 4,077.00 | 4,077.00 |

## SurgiFix, Inc.
## Aged Receivables
## As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| | 40110 | 4,842.00 | | | | 4,842.00 | 4,842.00 |
| | 40117 | 4,076.40 | | | | 4,076.40 | 4,076.40 |
| | 40209 | 5,798.40 | | | | 5,798.40 | 5,798.40 |
| | 40211 | 2,773.00 | | | | 2,773.00 | 2,773.00 |
| | 40302 | 4,275.00 | | | | 4,275.00 | 4,275.00 |
| | 40520 | 4,554.75 | | | | 4,554.75 | 4,554.75 |
| | 40521 | 3,276.00 | | | | 3,276.00 | 3,276.00 |
| **ASEM - Centro Medico** | | | | | | **69,973.64** | **69,973.64** |
| Carmen Rios Rivera<br>939-630-6321 | 40625B | 1,291.24 | | | | 391.24 | 391.24 |
| **Carmen Rios Rivera** | | | | | | **391.24** | **391.24** |
| Cristino Rodriguez Alvarado<br>787-595-7015 | 40901B | 2,100.00 | | | | 2,100.00 | 2,100.00 |
| **Cristino Rodriguez Alvarado** | | | | | | **2,100.00** | **2,100.00** |
| Hospital Damas Ponce<br>(787)840-8686 | 50401 | 400.00 | | | | 400.00 | 400.00 |
| **Hospital Damas Ponce** | | | | | | **400.00** | **400.00** |
| Diego Silva Cruz | 40303 | 988.00 | | | | 588.00 | 588.00 |
| **Diego Silva Cruz** | | | | | | **588.00** | **588.00** |
| Dr. Jose R Fumero, MD<br>787-725-3555 | 30924 | 4,747.81 | | | | 4,747.81 | 4,747.81 |
| **Dr. Jose R Fumero, MD** | | | | | | **4,747.81** | **4,747.81** |
| First Medical Health Plan, Inc.<br>1-866-515-5885 | 30914 | 6,148.80 | | | | 6,148.80 | 6,148.80 |
| | 31218 | 8,199.00 | | | | 2,218.20 | 2,218.20 |
| | 40107 | 6,069.60 | | | | 6,069.60 | 6,069.60 |
| **First Medical Health Plan, Inc.** | | | | | | **14,436.60** | **14,436.60** |
| CFSE -Corp. Fondo del Seguro<br>787-793-5959 | 30604 | 5,314.68 | | | | 5,314.68 | 5,314.68 |
| | 40212 | 4,114.80 | | | | 4,114.80 | 4,114.80 |
| **CFSE -Corp. Fondo del Seguro** | | | | | | **9,429.48** | **9,429.48** |

# SurgiFix, Inc.
## Aged Receivables
### As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| Guillermo Rodriguez Garcia<br>787-637-7594 | 50213B | 1,773.00 | | | | 1,773.00 | 1,773.00 |
| **Guillermo Rodriguez Garcia** | | | | | | **1,773.00** | **1,773.00** |
| Higinio Vega Ojeda | 50701 | 800.00 | | | | 800.00 | 800.00 |
| **Higinio Vega Ojeda** | | | | | | **800.00** | **800.00** |
| HIMA San Pablo Caguas<br>(787)653-3434 | 40319 | 315.50 | | | | 315.50 | 315.50 |
| | 40934 | 752.00 | | | | 752.00 | 752.00 |
| | 40911 | 6,418.00 | | | | 6,418.00 | 6,418.00 |
| | 41007 | 753.00 | | | | 753.00 | 753.00 |
| | 41201 | 2,257.73 | | | | 2,257.73 | 2,257.73 |
| | 50110 | 258.00 | | | | 258.00 | 258.00 |
| | 50228 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50338 | 6,510.40 | | | | 6,510.40 | 6,510.40 |
| | 50414 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50424 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50509 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50519 | 300.00 | | | | 300.00 | 300.00 |
| | 50513 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50610 | 2,377.96 | | | | 2,377.96 | 2,377.96 |
| | 50614 | 1,547.20 | | | | 1,547.20 | 1,547.20 |
| | 50615 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| | 50621 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| **HIMA San Pablo Caguas** | | | | | | **62,789.79** | **62,789.79** |
| HIMA San Pablo Fajardo<br>787-655-5025 | 31127 | 259.00 | | | | 259.00 | 259.00 |
| | 40518 | 3,956.25 | | | | 3,956.25 | 3,956.25 |
| | 40706 | 4,287.50 | | | | 4,287.50 | 4,287.50 |
| | 40727 | 1,335.00 | | | | 1,335.00 | 1,335.00 |
| | 40929 | 5,300.00 | | | | 5,300.00 | 5,300.00 |
| | 50307 | 4,651.40 | | | | 4,651.40 | 4,651.40 |
| | 50304 | 4,567.50 | | | | 4,567.50 | 4,567.50 |
| | 50426 | 5,900.00 | | | | 5,900.00 | 5,900.00 |
| **HIMA San Pablo Fajardo** | | | | | | **30,256.65** | **30,256.65** |
| Horizon NJ Health | 31233 | 523.50 | | | | 523.50 | 523.50 |
| **Horizon NJ Health** | | | | | | **523.50** | **523.50** |
| Humana Gold Plus<br>787-282-7900 | 50206 | 7,627.12 | | | | 7,627.12 | 7,627.12 |
| | 50230 | 7,965.00 | | | | 7,965.00 | 7,965.00 |
| | 50318 | 4,396.00 | | | | 4,396.00 | 4,396.00 |
| | 50425 | 12,177.60 | | | | 6,088.80 | 6,088.80 |
| **Humana Gold Plus** | | | | | | **26,076.92** | **26,076.92** |

1/30/15 at 11:41:54.79                                                                                    Page: 4

## SurgiFix, Inc.
## Aged Receivables
## As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| Humana Mi Salud<br>787-282-7900 | 21114 | 6,042.34 | | | | 1,238.34 | 1,238.34 |
| | 21107 | 5,989.00 | | | | 5,989.00 | 5,989.00 |
| | 31108 | 1,582.58 | | | | 149.50 | 149.50 |
| | 40118 | 5,491.80 | | | | 2,100.00 | 2,100.00 |
| | 40133 | 5,040.00 | | | | 2,448.00 | 2,448.00 |
| | 40517 | 2,426.00 | | | | 937.00 | 937.00 |
| | 40817 | 5,250.19 | | | | 2,250.19 | 2,250.19 |
| | 40842 | 4,134.48 | | | | 4,134.48 | 4,134.48 |
| | 40938 | 2,303.61 | | | | 767.87 | 767.87 |
| | 40935 | 4,453.52 | | | | 1,105.52 | 1,105.52 |
| **Humana Mi Salud** | | | | | | **21,119.90** | **21,119.90** |
| Ismael Lopez Lopez | 21116B | 2,400.00 | | | | 1,100.00 | 1,100.00 |
| **Ismael Lopez Lopez** | | | | | | **1,100.00** | **1,100.00** |
| Ismael Montalban Muñoz | 30116 | 884.60 | | | | 884.60 | 884.60 |
| **Ismael Montalban Muñoz** | | | | | | **884.60** | **884.60** |
| Jacqueline Rivera Matos<br>787-357-7374 | 50329B | 1,604.42 | | | | 1,604.42 | 1,604.42 |
| **Jacqueline Rivera Matos** | | | | | | **1,604.42** | **1,604.42** |
| Jose Armaiz Rodriguez<br>787-231-5001 | 21256 | 2,500.00 | | | | 500.00 | 500.00 |
| **Jose Armaiz Rodriguez** | | | | | | **500.00** | **500.00** |
| Josefina Torres Aponte<br>787-7864075 | 40406B | 1,158.06 | | | | 58.06 | 58.06 |
| **Josefina Torres Aponte** | | | | | | **58.06** | **58.06** |
| Juan Fernandez Labo | 31122B | 3,145.55 | | | | 1,000.55 | 1,000.55 |
| **Juan Fernandez Labo** | | | | | | **1,000.55** | **1,000.55** |
| Julio Rivera Negron | 41005 | 1,700.00 | | | | 450.00 | 450.00 |

### SurgiFix, Inc.
### Aged Receivables
### As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| **Julio Rivera Negron** | | | | | | **450.00** | **450.00** |
| Luis A. Velez Portela<br>787-209-3401 | 50408B | 303.49 | | | | 303.49 | 303.49 |
| **Luis A. Velez Portela** | | | | | | **303.49** | **303.49** |
| Luis Siva Negron | 30907B | 2,030.00 | | | | 2,030.00 | 2,030.00 |
| **Luis Siva Negron** | | | | | | **2,030.00** | **2,030.00** |
| Manati Medical Center<br>787-621-3700 x1238 | 30712 | 3,472.50 | | | | 165.00 | 165.00 |
| **Manati Medical Center** | | | | | | **165.00** | **165.00** |
| Mayaguez Medical Center<br>787-652-9200 | 50339<br>50417<br>50609<br>50707 | 900.00<br>2,155.88<br>400.00<br>5,940.00 | | | | 900.00<br>2,155.88<br>400.00<br>5,940.00 | 900.00<br>2,155.88<br>400.00<br>5,940.00 |
| **Mayaguez Medical Center** | | | | | | **9,395.88** | **9,395.88** |
| MCS Life Insurance Company<br>787-582-2500 | 31213<br>31227<br>40130<br>40227<br>40628<br>40702<br>40719 | 6,474.44<br>6,007.86<br>14,168.45<br>14,626.90<br>2,948.60<br>2,803.70<br>504.30 | | | | 2,360.20<br>1,682.46<br>1,767.16<br>4,319.95<br>2,449.04<br>2,224.15<br>504.30 | 2,360.20<br>1,682.46<br>1,767.16<br>4,319.95<br>2,449.04<br>2,224.15<br>504.30 |
| **MCS Life Insurance Company** | | | | | | **15,307.26** | **15,307.26** |
| MCS Advantage, Inc.<br>787-582-2500 | 21015<br>30207<br>30907<br>31008<br>31101<br>31103<br>31122<br>31210<br>40617<br>40722 | 11,231.25<br>8,446.50<br>10,677.04<br>9,275.00<br>6,097.35<br>1,783.62<br>24,476.45<br>7,134.50<br>8,304.70<br>9,361.75 | | | | 1,606.25<br>2,989.99<br>2,557.04<br>2,525.00<br>3,240.71<br>1,729.62<br>11,910.25<br>3,209.84<br>241.09<br>4,884.23 | 1,606.25<br>2,989.99<br>2,557.04<br>2,525.00<br>3,240.71<br>1,729.62<br>11,910.25<br>3,209.84<br>241.09<br>4,884.23 |
| **MCS Advantage, Inc.** | | | | | | **34,894.02** | **34,894.02** |

1/30/15 at 11:41:55.09                                                                          Page: 6

**SurgiFix, Inc.**
**Aged Receivables**
**As of Jan 31, 2015**

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| MCS Health Management Optio<br>787-582-2500 | 21038 | 2,860.00 | | | | 2,860.00 | 2,860.00 |
| **MCS Health Management Opti** | | | | | | **2,860.00** | **2,860.00** |
| | | | | | | | |
| Hospital General Menonita, Inc.<br>787-735-8001 | 40306<br>40721<br>40922<br>41217<br>50227 | 1,490.00<br>448.91<br>416.99<br>2,426.99<br>6,541.60 | | | | 1,490.00<br>448.91<br>63.98<br>2,426.99<br>1,000.00 | 1,490.00<br>448.91<br>63.98<br>2,426.99<br>1,000.00 |
| **Hospital General Menonita, Inc** | | | | | | **5,429.88** | **5,429.88** |
| | | | | | | | |
| Miriam Rivera Rodriguez<br>787-922-9206 | 50335B | 1,674.80 | | | | 974.80 | 974.80 |
| **Miriam Rivera Rodriguez** | | | | | | **974.80** | **974.80** |
| | | | | | | | |
| MMM Healthcare<br>787-620-2397 | 31216<br>40114<br>40304 | 4,415.25<br>6,821.50<br>7,099.20 | | | | 4,415.25<br>6,821.50<br>7,099.20 | 4,415.25<br>6,821.50<br>7,099.20 |
| **MMM Healthcare** | | | | | | **18,335.95** | **18,335.95** |
| | | | | | | | |
| Orthology Corp.<br>787-462-8115 | 30121 | 3,925.00 | | | | 791.20 | 791.20 |
| **Orthology Corp.** | | | | | | **791.20** | **791.20** |
| | | | | | | | |
| Hospital Pavia - Hato Rey<br>787-728-6220 | 21106 | 5,637.77 | | | | 1,137.77 | 1,137.77 |
| **Hospital Pavia - Hato Rey** | | | | | | **1,137.77** | **1,137.77** |
| | | | | | | | |
| Preferred Medicare Choice<br>787-620-2397 | 40705 | 4,287.50 | | | | 479.00 | 479.00 |
| **Preferred Medicare Choice** | | | | | | **479.00** | **479.00** |
| | | | | | | | |
| Triple S, Inc.<br>787-273-1110  x 2083 | 21254<br>30206<br>31002<br>40232<br>40629<br>40829<br>41010<br>50221<br>50521 | 3,680.00<br>5,070.00<br>2,642.10<br>5,560.00<br>576.38<br>3,768.27<br>526.00<br>8,498.00<br>1,420.00 | | | | 696.00<br>39.00<br>1,144.50<br>3,217.60<br>576.38<br>3,768.27<br>526.00<br>860.00<br>1,420.00 | 696.00<br>39.00<br>1,144.50<br>3,217.60<br>576.38<br>3,768.27<br>526.00<br>860.00<br>1,420.00 |

# SurgiFix, Inc.
## Aged Receivables
### As of Jan 31, 2015

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer<br>Telephone 1 | Invoice/CM | Invoice Amt | 0-30 | 31-60 | 61-90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
|  | 50602 | 350.00 |  |  |  | 350.00 | 350.00 |
|  | 50702 | 2,396.00 |  |  |  | 2,396.00 | 2,396.00 |
| **Triple S, Inc.** |  |  |  |  |  | **14,993.75** | **14,993.75** |
|  |  |  |  |  |  |  |  |
| SSS Optimo | 21132 | 3,175.00 |  |  |  | 3,175.00 | 3,175.00 |
| 787-273-1110 | 30417 | 7,353.80 |  |  |  | 300.00 | 300.00 |
|  | 30508 | 10,228.40 |  |  |  | 776.40 | 776.40 |
|  | 30605 | 5,785.92 |  |  |  | 266.40 | 266.40 |
|  | 40230 | 7,063.20 |  |  |  | 7,063.20 | 7,063.20 |
|  | 40325 | 13,670.31 |  |  |  | 663.97 | 663.97 |
|  | 41113 | 1,680.60 |  |  |  | 1,680.60 | 1,680.60 |
|  | 50501 | 8,150.00 |  |  |  | 8,150.00 | 8,150.00 |
| **SSS Optimo** |  |  |  |  |  | **22,075.57** | **22,075.57** |
|  |  |  |  |  |  |  |  |
| SSS Reforma | 50336 | 9,965.00 |  |  |  | 9,965.00 | 9,965.00 |
|  | 50420 | 6,510.00 |  |  |  | 2,132.00 | 2,132.00 |
|  | 50422 | 6,255.00 |  |  |  | 1,700.00 | 1,700.00 |
|  | 50523 | 275.00 |  |  |  | 275.00 | 275.00 |
|  | 50605 | 360.00 |  |  |  | 360.00 | 360.00 |
|  | 50613 | 1,504.00 |  |  |  | 1,504.00 | 1,504.00 |
| **SSS Reforma** |  |  |  |  |  | **15,936.00** | **15,936.00** |
|  |  |  |  |  |  |  |  |
| SSS Selecto | 40116 | 4,735.80 |  |  |  | 4,735.80 | 4,735.80 |
| 787-273-1110 | 41111 | 7,965.00 |  |  |  | 7,965.00 | 7,965.00 |
| **SSS Selecto** |  |  |  |  |  | **12,700.80** | **12,700.80** |
|  |  |  |  |  |  |  |  |
| Strong Care Corp. | 30404 | 2,500.00 |  |  |  | 500.00 | 500.00 |
| 787-740-7880 | 307021 | 500.00 |  |  |  | 500.00 | 500.00 |
|  | 307022 | 500.00 |  |  |  | 500.00 | 500.00 |
|  | 30828 | 500.00 |  |  |  | 500.00 | 500.00 |
| **Strong Care Corp.** |  |  |  |  |  | **2,000.00** | **2,000.00** |
|  |  |  |  |  |  |  |  |
| The Progressive Orthopaedic Co | 40526 | 59.00 |  |  |  | 59.00 | 59.00 |
|  | 40612 | 59.00 |  |  |  | 59.00 | 59.00 |
| **The Progressive Orthopaedic** |  |  |  |  |  | **118.00** | **118.00** |
|  |  |  |  |  |  |  |  |
| Yomarie De Jesus Astacio | 40125B | 3,907.20 |  |  |  | 3,907.20 | 3,907.20 |
| **Yomarie De Jesus Astacio** |  |  |  |  |  | **3,907.20** | **3,907.20** |
|  |  |  |  |  |  | **462,399.12** | **462,399.12** |

**Shedules: B- 4**

**B - 28**

# Furniture, Fixtures, Computers, etc.

| Description | Cant. | $ Costo | Total Costo | Valor $ |
|---|---|---|---|---|
| **Computadoras:** | | | | |
| HP Desktop 6000 Pro - MASS Office | 3 | $ 1,430.54 | $ 4,291.62 | $ 3,000.00 |
| **Impresoras:** | | | | |
| HP OfficeJet 8500 | 1 | | $ - | $ 200.00 |
| HP OfficeJet 8000 - Office Max | 1 | $ 178.67 | $ 178.67 | $ 100.00 |
| HP Color LaserJet - Jose | 1 | | $ - | $ 500.00 |
| Epson Workforce 840 | 1 | | $ - | $ 400.00 |
| **Otros Equipos:** | | | | |
| ??? Epson G-T-S80 | 1 | | $ - | $ 100.00 |
| Fax Brother | 1 | | $ - | $ 50.00 |
| Sistema Tel. Grandstream | 5 | | $ ? | $ 500.00 |
| **Cocina:** | | | | |
| Nevera - A La Orden Discount | 1 | $ 523.23 | $ 523.23 | $ 400.00 |
| Microhondas | 1 | | $ - | $ 75.00 |
| Hornito | 1 | | $ ? | $ 50.00 |
| **Anaqueles** | | | $ - | |
| Secciones Baratas - COSTCO | 13 | $ 71.68 | $ 931.84 | $ 650.00 |
| Secciones Caras | 2 | $ 400.00 | $ 800.00 | $ 400.00 |
| **Mobiliario** | | | | |
| Escritorios | 4 | | | $ 200.00 |
| Sillas | 4 | | | $ 200.00 |
| | | | | $ 6,825.00 |

1

# Schedule B - 29     **Medical Equipment**

| Descripcion | Valor $ |
|---|---|
| TAG Shoulder Arthroscopy Tray | $3,800.00 |
| Concept Suture Passers | $10,000.00 |
| Assorted Instruments | $18,000.00 |
| Mizuho - AVM Aneurism Clip Tray | $4,334.00 |
| Gexfixn External Bone Fixator | $8,000.00 |
| Stryker - T5 Surgical Helmets w/ Battery packs | $4,000.00 |
| Drill Saw Sets | $7,500.00 |
| Cooler Incubator SanyoMIR-154 - FISVCI | $3,000.00 |
| Chart Recorder - FISVCI | $1,000.00 |
| | **$59,634.00** |

Schedule B Att 2 D

Schedule: B - 30

Inventory

| Item ID | Item Description | Item Type | Last Unit Cost | Qty on Hand | Total Costs |
|---|---|---|---|---|---|
| BXS4216H | Duet Anchor w/ B. Punch 6.0 HF | Disposab | $ 248.99 | 12 | $ 2,987.88 |
| C5070H | Bio Paladin 5mm Dbl Loaded | Disposab | $ 233.81 | 9 | $ 2,104.29 |
| C6170H | Bio Mini Revo 3.1*11mm HiFi #2 | Disposab | $ 194.36 | 15 | $ 2,915.40 |
| C6170HP | Bio Mini Revo, Pre-threaded | Disposab | $ 180.25 | 7 | $ 1,261.75 |
| C6400EL | Spectrum MVP, Medium Crecent | Disposab | $ 154.50 | 4 | $ 618.00 |
| C6410 | Spectrum MVP 45deg Right | Disposab | $ 154.50 | 11 | $ 1,699.50 |
| C6410EL | Spectrum MVP, 45deg. Right | Disposab | $ 154.50 | 5 | $ 772.50 |
| C6420 | Spectrum MVP 45deg Left | Disposab | $ 154.50 | 7 | $ 1,081.50 |
| C6420EL | Spectrum MVP, 45deg. Left | Disposab | $ 154.50 | 4 | $ 618.00 |
| C7352 | Canula Disp NF  8.4 x 50MM | Disposab | $ 31.38 | 19 | $ 596.22 |
| C7354 | Canula Disp NF  8.4 x 50MM | Disposab | $ 30.47 | 11 | $ 335.17 |
| C7360 | Dry-Doc Cannula 7.0 x 8.5mm | Canula | $ 37.13 | 5 | $ 185.65 |
| C7362 | Canula  8.4 x 75 | Disposab | $ 30.47 | 10 | $ 304.70 |
| C7364 | Cannula SMTH 8.4  x 75MM | Disposab | $ 30.47 | 10 | $ 304.70 |
| C7367 | Dry Doc Cann W/Disp Obturator | Disposab | $ 34.67 | 7 | $ 242.69 |
| C7372 | 8.4 x 90mm Cannula Obturator | Canula | $ 30.47 | 4 | $ 121.88 |
| C7374 | Cannula  SMTH NF  8.4 x 90mm | Disposab | $ 30.47 | 6 | $ 182.82 |
| C7480 | Hex Flex Cann 8 x 85 w/Disp Ob | Disposab | $ 20.60 | 6 | $ 123.60 |
| CF6140H | 5.0mm Super Revo-FT w/2 Hi Fi | Disposab | $ 154.50 | 10 | $ 1,545.00 |
| CFBC-4502 | 4.5mm CrossFT BC w/two #2 HiFi | Suture | $ 210.64 | 12 | $ 2,527.68 |

**Schedule: B - 30**

**Inventory**

| Code | Description | Type | Unit Price | Qty | Total |
|---|---|---|---|---|---|
| CFBC-5502 | 5.5mm CrossFT BC w/two #2 HiFi | Suture | $ 203.90 | 15 | $ 3,058.50 |
| CFP-5503 | 5.5mm Cross Ft Three #2 Suture | Disposab | $ 236.90 | 2 | $ 473.80 |
| CKP-3500 | PopLok Suture Anchor 3.5mm | Disposab | $ 257.50 | 9 | $ 2,317.50 |
| CKP-3501 | PopLok 3.5mm Suture Anchor w/H | Disposab | $ 297.41 | 12 | $ 3,568.92 |
| CKP-4502 | Poplock Anchor 4.5mm | Disposab | $ 334.18 | 7 | $ 2,339.26 |
| GKP-2802 | 2.8mm PopLok Suture Anchor | Suture | $ 293.72 | 13 | $ 3,818.36 |
| GKP-3302 | 3.3mm PopLok Suture Anchor | Suture | $ 293.71 | 18 | $ 5,286.78 |
| IA-2000-S | Lightwave Suction Ablator | Disposab | $ 168.10 | 11 | $ 1,849.10 |
| NB212 | 2.1 Genesys PressFT w/ Two #0 | Suture | $ 202.36 | 10 | $ 2,023.60 |
| NB261 | Genesys PressFT 2.6mm Anchor | Anchor | $ 202.36 | 6 | $ 1,214.16 |
| NB262 | 2.6 Genesys PressFT w/ Two #1 | Suture | $ 202.36 | 3 | $ 607.08 |
| NP261H | PressFt 2.6 w/one #2 (5Metric) | Suture | $ 142.45 | 5 | $ 712.25 |
| SMI-00D | Concept Suture Passer Needle | Disposab | $ 147.03 | 2 | $ 294.06 |
| FD52615 | Cancellous Ground (1-4) 15cc | Bone | $ 156.00 | 1 | $ 156.00 |
| HM53001 | Ultrfafill DBM Putty Human, 1cc | Bone | $ 130.00 | 3 | $ 390.00 |
| 14100401 | Putty 5.0cc Osteo AMP | Bone | $ 731.25 | 6 | $ 4,387.50 |
| 12700401 | Mineralized Granules 5cc AMP | Bone | $ 731.25 | 4 | $ 2,925.00 |

**TOTAL   $ 55,950.80**

B6C (Official Form 6C) (04/13)

In re _SURGIFIX, INC_ ,                                      Case No. _____
                Debtor(s)                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>SURGIFIX, INC</u>                                                      ,                    Case No._____
                                        **Debtor(s)**                                                                     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ *(Total of this page)* | | $ 0.00 | $ 0.00 |
| | | | | Total $ *(Use only on last page)* | | $ 0.00 | $ 0.00 |
| | | | | | | *(Report also on Summary of Schedules.)* | *(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)* |

B6E (Official Form 6E) (04/13)

In re ___SURGIFIX, INC_____,        Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re  _SURGIFIX, INC_____ ,        Case No._____
                          **Debtor(s)**                                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *6567* <br> *Creditor # : 1* <br> *CRIM* <br> *P.O. 195387* <br> *San Juan PR 00926* | | | | | | | $ 97,864.85 | $ 97,864.85 | $ 0.00 |
| Account No: *6567* <br> *Creditor # : 2* <br> *PR TREASURY DEPT.* <br> *P.O. BOX 9022501* <br> *SAN JUAN PR 00902* | | | | | | | $168,629.49 | $168,629.49 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No.  __1__  of  __1__  continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** <br> (Total of this page) | 266,494.34 | 266,494.34 | 0.00 |
| **Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 266,494.34 | | |
| **Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 266,494.34 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _SURGIFIX, INC_ _____ ,        Case No. _____
                              **Debtor(s)**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** 3470<br>_Creditor # : 1_<br>_AT&T Mobility_<br>_PO BOX 6463_<br>_CAROL STREAM IL 60197-6463_ | | | _Cell phone services_ | | | | $ 348.55 |
| **Account No:**<br>_Creditor # : 2_<br>_BERMICA INVESTMENT, SE_<br>_PO BOX 362635_<br>_SAN JUAN PR 00936-2635_ | | | _Arrears on monthly rent for office space from July 2014 through January 2015_ | | | | $ 17,990.00 |
| **Account No:** M-41<br>_Creditor # : 3_<br>_CM PARKING_<br>_AVE ARTERIAL HOSTOS #239_<br>_SAN JUAN PR 00918_ | | | _Monthly rental parking fee_ | | | | $ 111.84 |
| _3_ continuation sheets attached | | | | | Subtotal $ | | $ 18,450.39 |
| | | | | | Total $ | | |
| | | | | (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | |

B6F (Official Form 6F) (12/07)   - Cont.

In re _SURGIFIX, INC_____,     Case No. _____
          **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>FERNANDO FERRER TAPIA<br>URB VALLE ESCONDIDO<br>CALLE ESPINO DEL CARIBE C-17<br>COAMO PR 00769 | | | 06/2014<br>Unpaid commissions for sales of medical equipment thrugh June 2014 | | | | $ 7,378.08 |
| Account No:<br>Creditor # : 5<br>LIBERTY PUERTO RICO<br>PO BOX 71496<br>SAN JUAN PR 00936-8596 | | | Inernet service provider | | | | $ 504.84 |
| Account No:<br>Creditor # : 6<br>ORTHOHELIX SURGICAL DESIGNS, INC<br>1065 MEDINA RD<br>STE 500<br>MEDINA OH 44256 | | | Trade creditor | | | | $ 22,127.20 |
| Account No:   1885<br>Creditor # : 7<br>POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN PR 00902-8511 | | | 10/09/2014<br>Deficiency claim on vehicle lease | | | | $ 26,423.58 |
| Account No:   1884<br>Creditor # : 8<br>POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN PR 00902-8511 | | | 10/09/2014<br>Deficiency claim on vehicle lease | | | | $ 18,007.93 |

Sheet No.   1   of   3   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 74,441.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re SURGIFIX, INC _____,       Case No. _____
               **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **1883** | | | 10/09/2014 | | | | $ 18,030.93 |
| Creditor # : 9 POPULAR AUTO PO BOX 15011 SAN JUAN PR 00902-8511 | | | *Deficiency claim on vehicle lease* | | | | |
| Account No: **1427** | | | | | | | $ 381.47 |
| Creditor # : 10 REFRITECH & MECHANIC CALLE CORCHADO 1100 ESQ AVE CONDADO SAN JUAN PR 00907 | | | Trade creditor | | | | |
| Account No: **5039** | | | | | | | $ 1,750.00 |
| Creditor # : 11 STRYKER PUERTO RICO PLAZA SANTA MARIA, STE 26 PMB222-2000, CARR 8177 GUAYNABO PR 00966 | | | Trade creditor | | | | |
| Account No: **8714** | | | | | | | $ 2,670.00 |
| Creditor # : 12 TISSUE NET DIST SERVICE, LLC 7022 TPC DRIVE SUITE 400 ORLANDO FL 32822 | | | Trade creditor | | | | |
| Account No: | | | | | | | $ 826,125.68 |
| Creditor # : 13 TORNIER, INC 10801 NESBITT AVE SOUTH BLOOMINGTON MN 55437 | | | Trade creditor | | | | |

Sheet No. __2__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 848,958.08

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re SURGIFIX, INC _____ ,   Case No. _____

                    **Debtor(s)**                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 14 TRIPLE S, INC PO BOX 363628 SAN JUAN PR 00936-3628 | | | Arrears in payment of employee's health benefits | | | | $ 2,370.00 |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          **Subtotal $**      $ 2,370.00

          **Total $**      $ 944,220.10

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6G (Official Form 6G) (12/07)**

In re _SURGIFIX, INC_____ / Debtor    Case No. _____
                                                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _BERMICA INVESTMENT, S.E._<br>_PO BOX 362635_<br>_SAN JUAN PR   00936-2635_ | Contract Type:_Non-residential lease agreement_<br>Terms: _$2,570 per month hold over rental fee_<br>Beginning date:<br>Debtor's Interest:_Lessee_<br>Description: _Expired lease agreement for office space in Capital Cebter Bldg., San Juan, PR_<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re SURGIFIX, INC _____ / Debtor          Case No. _____
                                                                                        (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | SURGIFIX, INC | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | _____ District of PUERTO RICO | | |
| Case number | _____ | | |
| (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____<br>Number    Street | _____<br>Number    Street |
| | | _____ | _____ |
| | | _____<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| How long employed there? | | _____ | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $_____ | $_____ |

| Debtor 1 | SURGIFIX, INC | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................➔ | 4. | $_____ | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____ | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $_____ | $_____ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony. spousal support, child support, maintenance. divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. **Social Security** | 8e. | $_____ | $_____ |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $_____ | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____ | + $_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $_____ | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $_____ + | $_____ = | $_____ |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____          11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies          12. $_____

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    SURGIFIX, INC
      First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: _____ District of   PUERTO RICO

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4.   $_____

If not included in line 4:

4a. Real estate taxes                    4a.   $_____

4b. Property, homeowner's, or renter's insurance     4b.   $_____

4c. Home maintenance, repair, and upkeep expenses   4c.   $_____

4d. Homeowner's association or condominium dues    4d.   $_____

Debtor 1    **SURGIFIX, INC**

First Name    Middle Name    Last Name

Case number (if known)_____

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $_____ |
| 6b. Water, sewer, garbage collection | 6b. | $_____ |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ |
| 6d. Other. Specify: _____ | 6d. | $_____ |
| 7. **Food and housekeeping supplies** | 7. | $_____ |
| 8. **Childcare and children's education costs** | 8. | $_____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____ |
| 10. **Personal care products and services** | 10. | $_____ |
| 11. **Medical and dental expenses** | 11. | $_____ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ |
| 14. **Charitable contributions and religious donations** | 14. | $_____ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $_____ |
| 15b. Health insurance | 15b. | $_____ |
| 15c. Vehicle insurance | 15c. | $_____ |
| 15d. Other insurance. Specify:_____ | 15d. | $_____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $_____ |
| 17b. Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. Other. Specify:_____ | 17c. | $_____ |
| 17d. Other. Specify:_____ | 17d. | $_____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $_____ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $_____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| 20a. Mortgages on other property | 20a. | $_____ |
| 20b. Real estate taxes | 20b. | $_____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. Homeowner's association or condominium dues | 20e. | $_____ |

Debtor 1    __SURGIFIX, INC_____        Case number (if known)_____
            First Name      Middle Name         Last Name

21.  **Other**. Specify: _____     21.  +$ _____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                               22.  $ _____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $ _____

     23b.  Copy your monthly expenses from line 22 above.                23b.  – $ _____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                     23c.  $ _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☐ Yes.    Explain here:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

In re:    **SURGIFIX, INC**                                         Case No.
                                                                    Chapter    7

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $ |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $ |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $ | |
| 4. Payroll Taxes | | |
| 5. Unemployment Taxes | | |
| 6. Worker's Compensation | | |
| 7. Other Taxes | | |
| 8. Inventory Purchases (Including raw materials) | | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | |
| 10. Rent (Other than debtor's principal residence) | | |
| 11. Utilities | | |
| 12. Office Expenses and Supplies | | |
| 13. Repairs and Maintenance | | |
| 14. Vehicle Expenses | | |
| 15. Travel and Entertainment | | |
| 16. Equipment Rental and Leases | | |
| 17. Legal/Accounting/Other Professional Fees | | |
| 18. Insurance | | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | $ | |
| | | |
| 21. Other (Specify) | $ | |
| | | |
| 22. Total Monthly Expenses | | $ |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Hernán J. Torres_ _President_ of the _Corporation_
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _14_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _4/13/2015_

Signature

Name: _Hernán J. Torres_

Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110. that I prepared this document for compensation, and that I have provided the debtor
with a copy of this document

Preparer:                                                           Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re: *SURGIFIX, INC, a Corporation* _____ ,   Case No. _____
           Debtor                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

*Year to date: $0.00*
   *Last Year: $*                           *Sales of Medical Equipment*
*Year before: $1,667,938.00*           *Sales of Medical Equipment*

---

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *BERMICA INVESTMENT, S.E. v. SURGIFIX, INC. Civil Núm. K PE2015-0714 (505)* | *Eviction proceedings and collection of monies* | *San Juan Superior Court, Room 505* | *Initial hearing scheduled for March 10, 2015* |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

B7 - (Official Form 7) (4/13)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Fernando E. Longo Quiñones* <br> *Address:* <br> *Capital Center Bldg. Suite 900* <br> *#239 Arterial Hostos Ave.* <br> *San Juan, PR 00918-1400* | *Date of Payment: 12/03/2014* <br> *Payor: SURGIFIX, INC* | *$3,000.00* |

---

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Popular Auto* <br> *Address:* <br> *Relationship:* | *12/15/2014* | *Property: 2012 Toyota Sienna (HXR859)* <br> *Value:* |
| *Transferee: Popular Auto* <br> *Address:* <br> *Relationship:* | *12/15/2014* | *Property: 2011 Toyota RAV-4 (HXR 858)* <br> *Value:* |
| *Transferee: Popular Auto* | *12/15/2014* | *Property: 2011 Toyota RAV-4 (HXR 860)* |

B7 - (Official Form 7) (4/13)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

*Address:*
*Relationship:*

*Value:*

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Banco Santander Puerto Rico* <br> *Address: Hato Rey Branch* | *Account Type and No.: Checking Account No. 3004572024* <br> *Final Balance: $0.00* | *January 31, 2014* |

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

B7 - (Official Form 7) (4/13)

### 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *SURGIFIX, INC a  Corporation* | *TaxPayer ID:* | | | |

Statement of Affairs - Page 5

B7 - (Official Form 7) (4/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *SURGIFIX, INC* a  *Corporation* | *TaxPayer ID: 66-0726567* | *CAPITAL CENTER BLDG, STE 1002 ARTERIAL HOSTOS AVE #239 SAN JUAN PR, 00918* | | |
| *SURGIFIX, INC* a  *Corporation* | *TaxPayer ID: 66-0726567* | *CAPITAL CENTER BLDG, STE 1002 ARTERIAL HOSTOS AVE #239 SAN JUAN PR, 00918* | | |
| *SURGIFIX, INC* a  *Corporation* | *TaxPayer ID: 66-0726567* | *CAPITAL CENTER BLDG, STE 1002 ARTERIAL HOSTOS AVE #239 SAN JUAN PR, 00918* | | |
| *SURGIFIX, INC* a  *Corporation* | *TaxPayer ID: 66-0726567* | *CAPITAL CENTER BLDG, STE 1002 ARTERIAL HOSTOS AVE #239 SAN JUAN PR, 00918* | | |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

and that they are true and correct to the best of my knowledge, information, and belief.

Date  _04/13/2015_

Signature  _Hernán J. Torres_                    _President_
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

Statement of Affairs - Page 7